McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT GUTHRIE,<br><br>  Defendant. | No. 1:17-CR-00135 LJO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER ON ONE DEFENDANT ONLY |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Kersten, attorney for the defendant, that the sentencing set for, December 17, 2018, at 8:30 am before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be continued to January 7, 2019 at 8:30 a.m. The government needs additional time to respond to Defendant's Sentencing Memorandum and Formal Objections to Presentence Investigation Report filed on December 10, 2018. Undersigned counsel has had several deadlines this week for a response to a sentencing memorandum and PSR objections, a suppression motion, and several other obligations, and needs additional time to respond. Defendant's counsel does not oppose the continuance.

Dated: December 13, 2018          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                            By    /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney

Dated: December 13, 2018          /s/ Eric Kersten
                                  ERIC KERSTEN
                                  Attorney for Defendant

Granted, but the other co-defendant's sentencing will proceed as scheduled.

IT IS SO ORDERED.

Dated:    **December 13, 2018**         **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE